**2014–2012.   Giddens v. Testa.**
Board of Tax Appeals, No. 2012–359. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the motion for admission pro hac vice of Richard Walters, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of

permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.